UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
In Re                                                             :
                                                                  :
MYRIAM CHALEK,                                                    :
                                                                  :      24-cv-4060 (LJL)
            Debtor.                                               :
                                                                  :      ORDER
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/08/2024

LEWIS J. LIMAN, United States District Judge:

    The above-captioned bankruptcy appeal has been assigned to me for all purposes. The appeal was docketed in the United States District Court for the Southern District of New York.

    Rule 8009 of the Federal Rules of Bankruptcy Procedures requires the appellant to file "a designation of the items to be included in the record on appeal and a statement of the issues to be presented." *See* Local Civil Rule 8009-1 (filing requirements for designated items). Pursuant to that Rule, the appellant is directed to file the requisite designation of the items to be included in the record on appeal and a statement of the issues to be presented within thirty days of the date of this Order.

    Within thirty days after the service of the appellant's statement, the appellee may file and serve on the appellant a designation of additional items to be included in the record on appeal and, if the appellee has filed a cross-appeal, the appellee as cross appellant shall file and serve a statement of the issues to be presented on the cross appeal and designation of additional items to be included in the record.

    The briefing schedule and format and length specifications set forth in the applicable provisions of Federal Rules of Bankruptcy Procedure 8014 through 8018 shall govern except as otherwise ordered by the Court in this or any other Order. The time limits set forth in Rule 8018

are adopted as the Order of this Court, so that the appellant must serve and file a brief within 30 days after the docketing of notice that the record has been transmitted or is available electronically; the appellee must serve and file a brief within 30 days after service of the appellant's brief; and the appellant may serve and file a reply brief within 14 days after service of the appellee's brief, provided that the reply brief is filed at least 7 days before scheduled argument absent leave from the Court.

THE FAILURE TO COMPLY WITH THIS ORDER WILL RESULT IN DISMISSAL OF THE APPEAL (IN THE CASE OF APPELLANT) OR CONSIDERATION OF THE APPEAL WITHOUT AN APPELLEE'S BRIEF (IN THE CASE OF THE APPELLEE).

The Clerk of Court is respectfully directed to mail a copy of this order to Appellant.

SO ORDERED.

Dated: July 8, 2024
New York, New York

_____
LEWIS J. LIMAN
United States District Judge