UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
In Re:                                                                    ORDER OF DISMISSAL
                                                                                      FOR
**Myriam Chalek**                                                 *FAILURE TO PROSECUTE*
                                                                               *BANKRUPTCY APPEAL*


-----------------------------------------------------X          24-CV-4060 LJL
FROM:   VITO GENNA, CLERK
               UNITED STATES BANKRUPTCY COURT
               SOUTHERN DISTRICT OF NEW YORK

TO:         RUBY J. KRAJICK, CLERK
               UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF NEW YORK

IN RE: Myriam Chalek                                                      BANKRUPTCY CASE: **24-10593 (PB)**
DATE OF FILING NOTICE OF APPEAL: 05/15/2024
BANKRUPTCY DOCUMENT #: 34

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to file the Designation of Items to be Included in the Record and pay the filing fee as required by:

        _X_ FRBP 8009
        ___ Federal Rules of Civil Procedure (Rule _____)
        _X_ 28 U.S.C. 1930 (9), (16)- the requirement to pay a filing fee.
        ___ Rule 8009-1 from the Local Rules for The United States Bankruptcy Court Southern District of New York.

Dated:   **September 25, 2024**                                            Vito Genna, Clerk
            New York, New York                                                  U.S. Bankruptcy Court, SDNY

                                                                                        By:    s/ Anatin Rouzeau
                                                                                                    Deputy Clerk

                                                **ORDER**

For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated:   September 25, 2024                                           _____
            New York, New York                                                  LEWIS J. LIMAN
                                                                                        United States District Judge

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____                    Ruby J. Krajick , Clerk
                                                                                       District Court, SDNY

                                                                                        By: _____
                                                                                                    Deputy Clerk