```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/31/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
MYRIAM CHALEK ET AL,                                               :
                                                                   :
                        Appellant,                                 :
                                                                   :     24-cv-04060 (LJL)
        -v-                                                        :
                                                                   :     ORDER
MEGHILA LLC,                                                       :
                                                                   :
                        Appellee.                                  :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       As per the Court's order of dismissal at Dkt. No. 3, the Clerk of Court is respectfully directed to close this case.

       SO ORDERED.

Dated: March 31, 2025
       New York, New York
                                            LEWIS J. LIMAN
                                        United States District Judge